IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | 1:20 CR 104 |
| ) | |
| v. ) | CASE NO._____ |
| ) | Title 26, United States Code, Sections |
| ANDREW WARD, ) | 5861(d) and 5871; Title 21, United |
| ) | States Code, Sections 841(a)(1) and |
| Defendant. ) | (b)(1)(C); Title 18, United States Code, |
| ) | Sections 924(c)(1)(A) and (c)(1)(B)(i) |

**JUDGE PEARSON**

COUNT 1
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about December 11, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANDREW WARD knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

COUNT 2
(Possession of Unregistered Firearm, 26 U.S.C. §§ 5861(d) and 5871)

The Grand Jury further alleges:

2. On or about December 11, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANDREW WARD knowingly received and possessed a firearm as defined in Title 26, United States Code, Section 5845(a)(1) to wit: a model Long Tom shotgun with a barrel less than 18 inches in length, bearing serial number 622869, not registered to him in the

National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT 3
(Possessing Short-Barreled Shotgun in Furtherance of a Drug Trafficking Crime, 18 U.S.C. §§ 924(c)(1)(A)(i) and (c)(1)(B)(i))

The Grand Jury further charges:

3.  On or about December 11, 2019, in the Northern District of Ohio, Eastern Division, Defendant ANDREW WARD did knowingly possess a short-barreled shotgun, to wit: a model Long Tom shotgun with a barrel less than 18 inches in length, bearing serial number 622869, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that being: possession with intent to distribute methamphetamine, a Schedule II controlled substance as charged in Count 1 of this indictment, Title 21, United States Code, Section 841(a)(1), in violation of Title 18, United States Code, Section 924(c)(1)(A) and (c)(1)(B)(i).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.